

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

DEC 19 2006

J.T. NOBLIN, CLERK
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PRE-PAID LEGAL SERVICES, INC.                                    PLAINTIFF

VS.                                          CIVIL ACTION NO. 3:05CV23WSU

GILMER LAW FIRM AND BARRY GILMER                                 DEFENDANTS

### FINAL JUDGMENT OF DISMISSAL

This cause having come on for trial in this Court and, Plaintiff having submitted all of its proof and announcing to the Court that Plaintiff rested, and the Defendants having presented an oral Motion for Judgment as a Matter of Law, and the Court, after consideration of all applicable evidence, arguments, and authority, having found that said motion should be granted and announcing its ruling to such effect in the record,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the above styled and numbered cause, including all of Plaintiff's claims and causes herein, is dismissed with prejudice, with all costs assessed against Plaintiff.

**SO ORDERED AND ADJUDGED** this the 15th day of December, 2006.

_____
U.S. DISTRICT JUDGE

Submitted by:
PHILIP W. GAINES
CURRIE JOHNSON GRIFFIN GAINES & MYERS, P.A.
1044 River Oaks Drive
Post Office Box 750
Jackson, Mississippi  39205
Telephone: (601) 969-1010
MSB #4368
COUNSEL FOR DEFENDANTS